IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00139-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHAWN ADAM CHASE,

        Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce SHAWN ADAM CHASE, YOB 1985, before United States Magistrate Court, as soon as practicable, for proceedings and the initial appearance and detention hearing upon the charge set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America **only until the conclusion of the detention hearing of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.**

Dated:  May 11, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge