IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00139-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SHAWN ADAM CHASE,
   a.k.a. Shawn Chase,

       Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce SHAWN ADAM CHASE, Y.O.B. 1985, before a United States District Judge, as soon as practicable, for a Change of Plea hearing on September 9, 2009 upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America **only until conclusion of the Change of Plea hearing scheduled for September 9, 2009, at 10:00 a.m. of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.**

Dated: August 28, 2009

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Chief United States District Judge