IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00139-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  SHAWN ADAM CHASE,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce SHAWN ADAM CHASE, YOB 1985, before the United States District Court for sentencing on December 11, 2009 and to hold him at all times in his custody as an agent of the United States of America **only until the conclusion of the sentencing hearing of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.**

SO ORDERED this 9th day of November, 2009.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                CHIEF UNITED STATES DISTRICT JUDGE