# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | December 11, 2009 | Probation: | Jan Woll |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **09-cr-00139-WYD**      Counsel:

UNITED STATES OF AMERICA,      Kasandra R. Carleton

      Plaintiff,

v.

**1.  SHAWN ADAM CHASE**,      Robert W. Pepin

      Defendant.

## SENTENCING

**10:17 a.m.**     Court in Session - Defendant present (in-custody)

      **Change of Plea Hearing - Wednesday, September 9, 2009, at 10:00 a.m.**
      **Plea of Guilty - counts one and two of Indictment**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

10:19 a.m.     Statement and argument on behalf of Defendant (Mr. Pepin).

10:22 a.m.     Statement and argument on behalf of Government (Ms. Carleton).

10:26 a.m.     Statement and argument on behalf of Defendant (Mr. Pepin).

10:27 a.m.     Statement by Defendant on his own behalf (Mr. Chase).

      Court makes findings.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility [doc. #67], filed November 25, 2009, is **GRANTED.**

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence (Variant) [doc. #66], filed November 24, 2009, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **36** months on each of counts one and two, to run concurrently.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years on each of counts one and two, to run concurrently.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**      **Special Condition(s)** of **Supervised Release** are:

(X)    The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

(X)    As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments and any anticipated or unexpected financial gains to the outstanding court ordered financial obligations in this case.

(X)    Defendant shall participate in a program of testing and treatment for alcohol and drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:**      Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**      **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**      Defendant to make **restitution** as follows:
**$4,925.00 to be made payable to Clerk, U.S. District Court; 901 19th Street, #A-105; Denver, CO 80294 to be disbursed to the following victim(s):**

| Victims | Amount |
|---|---|
| Colorado Business Bank | $2,301.00 |
| Key Bank | $2,624.00 |

Restitution shall be made jointly and severally with co-defendant Don Martinez in United States District Court for the District of Colorado case number 09-cr-00139-WYD. Restitution is to be made payable in monthly payments of at least ten percent of Defendant's gross monthly wages. *Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.*

**ORDERED:**      Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:45 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:28**