**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00139-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SHAWN ADAM CHASE,

        Defendant.

_____

**ORDER CONTINUING SUPERVISION AND
MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

_____

    This matter is before the Court upon report of the probation officer that Defendant violated the conditions of his supervised release.  At a Supervised Release Hearing on October 7, 2014, the alleged violations 1 through 9 are **DISMISSED WITHOUT PREJUDICE**.  It is

    **ORDERED**, that the Defendant is continued on supervised release with all conditions and special conditions as previously imposed by the Court.  It is

    **FURTHER ORDERED**, that the Defendant's conditions of supervised release be modified to include the following:

    The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or presentence report to the treatment agency for continuity of treatment.

    The defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

    DATED at Denver, Colorado, this <u>16th</u> day of October, 2014.

                      BY THE COURT:

                      <u>s/ Wiley Y. Daniel</u>
                      Wiley Y. Daniel
                      Senior United States District Judge